**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER 18-30002 |
| | § | |
| RAY L. SHACKELFORD | § | CHAPTER 13 |
| DEBTOR | § | |
| | § | |

## DEBTOR'S MOTION TO DISMISS VOLUNTARY CASE

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

COMES NOW, Ray L. Shackelford, Debtor herein, and files this Debtor's Motion to Dismiss Voluntary Case. In support thereof, Debtor would show the following:

1. Debtor filed his petition for relief on or about January 1, 2018. No order of discharge has been entered, no complaint objecting to debtor's discharge has been filed, no order for conversion has been entered, and no complaints to determine dischargeability of any debts have been filed in the case
2. Since the filing of the voluntary petition for relief, Debtor has decided not to pursue chapter 13 relief.
3. Pursuant to 11 U.S.C. § 1307(b), Debtor hereby requests the court to dismiss this case.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the order for relief resulting from the filing of the voluntary petition be set aside, that his voluntary petition for relief under chapter 13 of the Code be dismissed without prejudice, and that he have such other and further relief as is just.

Respectfully submitted,


/s/ Brian M. Middleton

Brian M. Middleton
SBN 90001967
7322 Southwest Freeway, Suite 1980
Houston, Texas 77074
Telephone (713) 680-3296
Facsimile (713) 680-3242
Email: brian@middletonlawfirm.com
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Dismiss Voluntary Case was served upon the following via electronic mail in accordance with the Rules of Bankruptcy Procedure on this 12th day of January 2018:

Ray L. Shackelford
1406 Southmore
Houston, Texas 77004

U.S. Trustee
515 Rusk Avenue, Suite 3516
Houston, Texas 77002

William E. Heitkamp
Office of the Chapter 13 Trustee
9821 Katy Freeway, Suite 590
Houston, Texas 77024

**Parties Requesting Notice**:

Ovation Services, LLC
c/o J. Christopher Creel
Creel Law Group, PLLC
4301 Westbank Drive, Suite 220
Austin, Texas 78746

Icon Bank of Texas, N.A.
c/o Brian B. Kilpatrick
Wilson, Cribbs + Goren, P.C.
2500 Fannin Street
Houston, Texas 77002

**Secured and Unsecured Creditors**:

VIA US MAIL:
Propel Financial Services
P.O. Box 100350
San Antonio, Texas 78201

Tax Ease Funding, LLC
c/o Ovation Services
8401 Datapoint Drive, Suite 1000
San Antonio, Texas 78229-5926

Toyota Lease
c/o Toyota Motor Credit Corporation
P.O. Box 9013
Addison, Texas 75001-9013

Navy Federal Credit Union
820 Follin Lane
Vienna, VA 22180-4907

Icon Bank of Texas, N.A.
7908 N. Sam Houston Parkway W Suite 100
Houston, Texas 77064

Ovation Services, LLC
4301 Westbank Drive, Building B, Suite 220
Austin, Texas 78746


/s/ Brian M. Middleton