

ENTERED
02/25/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER 18-30002 |
| | § | |
| RAY L. SHACKELFORD | § | CHAPTER 13 |
| DEBTOR | § | |
| | § | |

### ORDER REGARDING DEBTOR'S MOTION TO DISMISS VOLUNTARY CASE

(Docket No. 14)

After considering the pleadings on file and the arguments of counsel, Debtor's Motion to Dismiss Voluntary Case is GRANTED.

The Chapter 13 Voluntary Petition filed in this case is hereby dismissed without prejudice.

Signed:  February 23, 2018.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

Approved as to form and substance:

/s/ Brian M. Middleton_____
Brian M. Middleton
SBN 90001967
7322 Southwest Freeway, Suite 1980
Houston, Texas 77074
Telephone (713) 680-3296
Facsimile (713) 680-3242
Email: brian@middletonlawfirm.com